UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
KIRAN VUPPALA, :
:
                Plaintiff, :
: 22 Civ. 10603 (JPC)
   -v- :
: ORDER
YOLO WINE & SPIRITS CORP. *et al.*, :
:
                Defendants. :
:
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court understands from the mediator that the parties have reached a settlement.  Dkt. 21.  It is hereby ORDERED that all deadlines in this matter are stayed until September 25, 2023.  The parties shall file a status report by that date in the event that dismissal paperwork has not been filed by then.

      SO ORDERED.

Dated: August 25, 2023
       New York, New York
                                                JOHN P. CRONAN
                                                United States District Judge