UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRAN VUPPALA,   CASE NO: 1:22-cv-10603-JPC

    Plaintiff,

vs.

YOLO WINE & SPIRITS CORP, a New York corporation, d/b/a NOHO WINE AND SPIRITS, and 88 BLEECKER ST. OWNERS, INC., a New York corporation,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL

COME NOW, Plaintiff, KIRAN VUPPALA, and Defendants, YOLO WINE & SPIRITS CORP, a New York corporation, d/b/a NOHO WINE AND SPIRITS, and 88 BLEECKER ST. OWNERS, INC., a New York corporation, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 20th day of September, 2023.

By: _____
B. Bradley Weitz, Esq.
The Weitz Law Firm, P.A.
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: bbw@weitzfirm.com
Attorney for Plaintiff

By: _____
Anna T. Chrzanowska, Esq.
The Law Office of Giacchino J. Russo & Associates, P.C.
35-26 Farrington Street
Flushing, NY 11354
Telephone: (646)-894-9049
Email: anna.chrzanowska.esq@gmail.com
Attorneys for Yolo Wine & Spirits Corp.

By: *[signature]*

Patrick F. Palladino, Esq.
Milber, Makris, Plousadis
& Seiden, LLP
1000 Woodbury Road, Suite 402
Woodbury, NY 11797
Telephone: (516) 712-4000
Facsimile: (516) 712-4013
Email: ppalladino@milbermakris.com
Attorney for 88 Bleecker St. Owners, Inc.

SO ORDERED: *[signature]*

Hon. John P. Cronan, U.S.D.J.

Date: September 22, 2023

New York, New York

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may file a stipulation of dismissal signed by all parties who have appeared to dismiss an action without a court order. *Accord* Fed. R. Civ. P. 41(a)(1)(B) (permitting stipulation of dismissal with prejudice). Accordingly, the Clerk of Court is respectfully directed to close this case.